PROB 12B
(7/93)

# United States District Court
## for
## District of New Jersey

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Richard Williams                                Cr.: 10-00049-001
                                                                  PACTS Number: 54236

Name of Sentencing Judicial Officer: Dennis M. Cavanaugh, U.S. District Judge

Date of Original Sentence: 05/16/03 (ED/NY)
Date of Sentence Reduction: 02/03/09 (ED/NY)

Transfer of Jurisdiction to D/NJ: 01/27/10

Original Offense: Conspiracy to Distribute and Possess with Intent to Distribute Cocaine Base

Original Sentence: 100 months imprisonment; 5 years supervised release; $100 special assessment. Special condition of drug testing and/or treatment; DNA collection.
Sentence Reduction: 84 months imprisonment with all previously imposed conditions.

Type of Supervision: Supervised Release                Date Supervision Commenced: 02/11/09

## PETITIONING THE COURT

[X]   To modify the conditions of supervision as follows. The addition of the following special condition(s):

The defendant shall reside for a period of 3 months in a community corrections center, halfway house or similar residential facility and shall observe all the rules of that facility. The defendant shall not be eligible for weekend privileges. The defendant shall pay subsistence as required by the program.

## CAUSE

On March 22, 2011, Williams was arrested by the New York City Police Department and charged with Driving While Intoxicated. In addition, Williams has admitted using marijuana on several occasions during the months of May through August, 2011. While at the halfway house, Williams will be able to address his drug/alcohol issues and employment needs.

Respectfully submitted,

By: Anthony J. Nisi
U.S. Probation Officer
Date: 09/28/11

THE COURT ORDERS:
[✓] The Modification of Conditions as Noted Above
[ ] No Action
[ ] Other

Dennis M. Cavanaugh
U.S. District Judge                Signature of Judicial Officer

30 SEPT. 2011
Date